AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-cr-10140 |
| ENALD BEQIRAJ | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America    .

Date:    07/11/2024

/s/ Robert E. Richardson
*Attorney's signature*

Robert E. Richardson  558489
*Printed name and bar number*

Office of the United States Attorny
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston MA, 02210
*Address*

Robert.Richardson@usdoj.gov
*E-mail address*

(617) 748-3247
*Telephone number*

(617) 748-3951
*FAX number*